IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| RONALD L. HOCHSCHILD, | ) | CASE NO. 1:17-CV-193 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On June 26, 2017, Defendant filed a Joint Motion to Remand, signed by both parties, to remand under Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). Doc. 16. The parties stipulate that:

> Upon remand, the Administrative Law Judge shall give consideration to all of Plaintiff's allegedly severe impairments, weigh the medical opinion evidence, assess Plaintiff's residual functional capacity, and issue a new decision.

Doc. 16.

Upon consideration, the Court hereby **GRANTS** the parties' Joint Motion, enters judgment reversing the Commissioner's decision and remands the case for further proceedings consistent with the parties' Joint Motion.

Dated: June 27, 2017

_____
Kathleen B. Burke
United States Magistrate Judge